UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY MACK and LISA SCHULTZ, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | Case No.: 1:12-cv-8056 <br><br> Honorable Judge Elaine E. Bucklo <br><br> Magistrate Judge Sheila Finnegan |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of both plaintiffs' individual claims, without costs. The claims of putative class members are dismissed without prejudice.

Dated: February 4, 2013
Respectfully submitted,

/s/ Alexander H. Burke
Alexander H. Burke
Burke Law Offices, LLC
155 North Michigan Ave., Suite 9020
Chicago, Illinois 60601
(312) 729-5288 (Telephone)
(312) 729-5289 (Facsimile)
*Attorney for Shirley Mack and Lisa Schultz*

Respectfully submitted,

/s/Paul Gamboa
Craig J. Mariam
(Admitted to General Bar #CA225280)
J. Hayes Ryan (ARDC #6274197)
Paul Gamboa (ARDC #6282923)
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 (Telephone)
(312) 565-6511 (Facsimile)
*Attorneys for Convergent Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the attached Stipulation for Dismissal, in regard to the above captioned matter, was filed with the U.S. District Court, Northern District of Illinois, Eastern Division by CM/ECF electronic filing on the 4th day of February, 2013 and served upon counsel of record.

Dated: February 4, 2013                          Respectfully submitted,

                                                              **GORDON & REES LLP**

                                                           By: /s/Paul Gamboa
                                                               Paul Gamboa

Craig J. Mariam (Admitted to General Bar #CA225280)
J. Hayes Ryan (ARDC #6274197)
Paul Gamboa (ARDC #6282923)
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 (Telephone)
(312) 565-6511 (Facsimile)
*Attorneys for Convergent Outsourcing, Inc.*